## Statement 1

**The City of New York — EMPLOYEE DIRECT DEPOSIT PAY STATEMENT — Payroll Management System**

| ITEM # | PAY PERIOD | PAY DATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|
| X | 05/30/10 06/05/10 | 06/11/10 | 827 | 1800 | Z 53839300 | G162 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|
| 534151 | 021000021 | 1 A 02 A 02 | 0348861 | 9 | CHIOLO RICHARD G |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | DEDUCTIONS THIS PD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 1323.12 | 185.18 | 81.58 | 19.08 | 71.18 | 41.79 | | 563.16 |
| YEAR TO DATE | 30846.33 | 4194.09 | 1901.95 | 444.81 | 1665.50 | 977.96 | | NET PAY |
| | | | | | LEAVE BALANCE AS OF | 05/29/10 | | 759.96 |

| DESCRIPTION | UNITS HOUR | AMT EARNED PRIOR PER CD | UNITS/HOURS | AMT EARNED THIS PERIOD | DESCRIPTION | | DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | 40:00 | 1277.24 | | | | |
| SVC/LONG/ED | | | 0:00 | 45.88 | VAC LV HH:MM | 160:00 | | |

FREE NYC CYCLING MAPS - CALL 311

| DESCRIPTION | AMOUNT THIS PERIOD | | | DESCRIPTION | AMOUNT THIS PERIOD | |
|---|---|---|---|---|---|---|
| SAN 20 414HS | 70.79 | | | SAN 20YR HLT | 7.28 | |
| HIP/HMO EMPE | | | | HIP/BC EMPE | | |
| NYC PN LNS | 64.42 | 260 | 241 | AFLAC 831 | 6.36 | |
| CMC DEDS-1 | 1.00 | | | UNF SANITA-U | 14.50 | |

---

## Statement 2

**The City of New York — EMPLOYEE DIRECT DEPOSIT PAY STATEMENT — Payroll Management System**

| ITEM # | PAY PERIOD | PAY DATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|
| X | 06/06/10 06/12/10 | 06/18/10 | 827 | 1800 | Z 53853278 | G162 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|
| 534151 | 021000021 | 1 A 02 A 02 | 0348861 | 9 | CHIOLO RICHARD G |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | DEDUCTIONS THIS PD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 1356.20 | 192.96 | 83.63 | 19.56 | 73.44 | 43.11 | | 579.00 |
| YEAR TO DATE | 32202.53 | 4387.05 | 1985.58 | 464.37 | 1738.94 | 1021.07 | | NET PAY |
| | | | | | LEAVE BALANCE AS OF | 06/05/10 | | 777.20 |

| DESCRIPTION | UNITS HOUR | AMT EARNED PRIOR PER CD | UNITS/HOURS | AMT EARNED THIS PERIOD | DESCRIPTION | | DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | 40:00 | 1277.24 | | | | |
| SVC/LONG/ED | | | 0:00 | 45.88 | VAC LV HH:MM | 160:00 | | |
| OT PR WK SAT | 2:00 | | | 33.08 | | | | |

FREE NYC CYCLING MAPS - CALL 311

| DESCRIPTION | AMOUNT THIS PERIOD | | | DESCRIPTION | AMOUNT THIS PERIOD | |
|---|---|---|---|---|---|---|
| SAN 20 414HS | 72.56 | | | SAN 20YR HLT | 7.46 | |
| HIP/HMO EMPE | | | | HIP/BC EMPE | | |
| NYC PN LNS | 64.42 | 260 | 240 | AFLAC 831 | 6.36 | |
| CMC DEDS-1 | 1.00 | | | UNF SANITA-U | 14.50 | |

---

## Statement 3

**The City of New York — EMPLOYEE DIRECT DEPOSIT PAY STATEMENT — Payroll Management System**

| ITEM # | PAY PERIOD | PAY DATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|
| X | 06/13/10 06/19/10 | 06/25/10 | 827 | 1800 | Z 54012501 | G162 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|
| 534151 | 021000021 | 1 A 02 A 02 | 0348861 | 9 | CHIOLO RICHARD G |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | DEDUCTIONS THIS PD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 1323.12 | 185.18 | 81.58 | 19.08 | 71.18 | 41.79 | | 563.16 |
| YEAR TO DATE | 33525.65 | 4572.23 | 2067.16 | 483.45 | 1810.12 | 1062.86 | | NET PAY |
| | | | | | LEAVE BALANCE AS OF | 06/12/10 | | 759.96 |

| DESCRIPTION | UNITS HOUR | AMT EARNED PRIOR PER CD | UNITS/HOURS | AMT EARNED THIS PERIOD | DESCRIPTION | | DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | 40:00 | 1277.24 | | | | |
| SVC/LONG/ED | | | 0:00 | 45.88 | VAC LV HH:MM | 160:00 | | |

ALL KIDS EAT FREE SUMMER MEALS-CALL 311

| DESCRIPTION | AMOUNT THIS PERIOD | | | DESCRIPTION | AMOUNT THIS PERIOD | |
|---|---|---|---|---|---|---|
| SAN 20 414HS | 70.79 | | | SAN 20YR HLT | 7.28 | |
| HIP/HMO EMPE | | | | HIP/BC EMPE | | |
| NYC PN LNS | 64.42 | 260 | 239 | AFLAC 831 | 6.36 | |
| CMC DEDS-1 | 1.00 | | | UNF SANITA-U | 14.50 | |

## The City of New York — EMPLOYEE DIRECT DEPOSIT PAY STATEMENT — Payroll Management System

| ITEM # | PAY PERIOD | PAY DATE | PAYROLL | WORK UNIT | CHECK NUMBER | DISTRIBUTION |
|---|---|---|---|---|---|---|
| X | 06/20/10 06/26/10 | 07/02/10 | 827 | 1800 | Z 54026428 | G162 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|---|
| 534151 | 021000021 | 1 | A 02 A 02 | 0348861 | 9 | CHIOLO    RICHARD    G |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 1323.12 | 185.18 | 81.58 | 19.08 | 71.18 | 41.79 | | 563.16 |
| YEAR TO DATE | 34848.77 | 4757.41 | 2148.74 | 502.53 | 1881.30 | 1104.65 | | NET PAY |
| | | | | | | 06/19/10 | | 759.96 |

| DESCRIPTION | UNITS/HOUR | AMT EARNED PR OR PERIOD | UNITS/HOURS | AMT EARNED THIS PERIOD | LEAVE BALANCE AS OF | | DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | 40:00 | 1277.24 | DESCRIPTION | | | |
| SVC/LONG/ED | | | 0:00 | 45.88 | VAC LV HH:MM | 120:00 | | |

ALL KIDS EAT FREE SUMMER MEALS-CALL 311

| DESCRIPTION | AMOUNT THIS PERIOD | | | DESCRIPTION | AMOUNT THIS PERIOD | |
|---|---|---|---|---|---|---|
| SAN 20 414HS | 70.79 | | | SAN 20YR HLT | 7.28 | |
| HIP/HMO EMPE | | | | HIP/BC EMPE | | |
| NYC PN LNS | 64.42 | 260 | 238 | AFLAC 831 | 6.36 | |
| CMC DEDS-1 | 1.00 | | | UNF SANITA-U | 14.50 | |

---

## The City of New York — EMPLOYEE DIRECT DEPOSIT PAY STATEMENT — Payroll Management System

| ITEM # | PAY PERIOD | PAY DATE | PAYROLL | WORK UNIT | CHECK NUMBER | DISTRIBUTION |
|---|---|---|---|---|---|---|
| X | 06/27/10 07/03/10 | 07/09/10 | 827 | 1800 | Z 54184742 | G162 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|---|
| 534151 | 021000021 | 1 | A 02 A 02 | 0348861 | 9 | CHIOLO    RICHARD    G |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 1323.12 | 185.18 | 81.58 | 19.08 | 71.18 | 41.79 | | 563.16 |
| YEAR TO DATE | 36171.89 | 4942.59 | 2230.32 | 521.61 | 1952.48 | 1146.44 | | NET PAY |
| | | | | | | 06/26/10 | | 759.96 |

| DESCRIPTION | UNITS/HOUR | AMT EARNED PR OR PERIOD | UNITS/HOURS | AMT EARNED THIS PERIOD | LEAVE BALANCE AS OF | | DESCRIPTION | |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | 40:00 | 1277.24 | DESCRIPTION | | | |
| SVC/LONG/ED | | | 0:00 | 45.88 | VAC LV HH:MM | 120:00 | | |

FREE NYC CYCLING MAPS - CALL 311

| DESCRIPTION | AMOUNT THIS PERIOD | | | DESCRIPTION | AMOUNT THIS PERIOD | |
|---|---|---|---|---|---|---|
| SAN 20 414HS | 70.79 | | | SAN 20YR HLT | 7.28 | |
| HIP/HMO EMPE | | | | HIP/BC EMPE | | |
| NYC PN LNS | 64.42 | 260 | 237 | AFLAC 831 | 6.36 | |
| CMC DEDS-1 | 1.00 | | | UNF SANITA-U | 14.50 | |

---

## The City of New York — EMPLOYEE DIRECT DEPOSIT PAY STATEMENT — Payroll Management System

| ITEM # | PAY PERIOD | PAY DATE | PAYROLL | WORK UNIT | CHECK NUMBER | DISTRIBUTION |
|---|---|---|---|---|---|---|
| X | 07/04/10 07/10/10 | 07/16/10 | 827 | 1800 | Z 54198743 | G162 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|---|
| 534151 | 021000021 | 1 | A 02 A 02 | 0348861 | 9 | CHIOLO    RICHARD    G |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 1091.57 | 130.71 | 67.31 | 15.74 | 55.32 | 32.73 | | 452.49 |
| YEAR TO DATE | 37263.46 | 5073.30 | 2297.63 | 537.35 | 2007.80 | 1179.17 | | NET PAY |
| | | | | | | 07/03/10 | | 639.08 |

| DESCRIPTION | UNITS/HOUR | AMT EARNED PR OR PERIOD | UNITS/HOURS | AMT EARNED THIS PERIOD | LEAVE BALANCE AS OF | | DESCRIPTION | BALANCE AVAILABLE |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | - 8:00 | - 255.45 | 40:00 | 1277.24 | DESCRIPTION | | DESCRIPTION | |
| SVC/LONG/ED | 0:00 | - 9.18 | 0:00 | 45.88 | VAC LV HH:MM | 120:00 | | |
| OT PR WK SAT | 2:00 | 33.08 | | | | | | |

FREE NYC CYCLING MAPS - CALL 311

| DESCRIPTION | AMOUNT THIS PERIOD | | | DESCRIPTION | AMOUNT THIS PERIOD | |
|---|---|---|---|---|---|---|
| SAN 20 414HS | 58.40 | | | SAN 20YR HLT | 6.00 | |
| HIP/HMO EMPE | | | | HIP/BC EMPE | | |
| NYC PN LNS | 64.42 | 260 | 236 | AFLAC 831 | 6.36 | |
| CMC DEDS-1 | 1.00 | | | UNF SANITA-U | 14.50 | |

## The City of New York — EMPLOYEE DIRECT DEPOSIT PAY STATEMENT — Payroll Management System

| ITEM # | PAY PERIOD | PAY DATE | | PAYROLL | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| X | 07/11/10 07/17/10 | 07/23/10 | | 827 | 1800 Z | 54357270 | G162 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|
| 534151 | 021000021 | I A 02 A 02 | 0348861 | 9 | CHIOLO    RICHARD   G |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | DEDUCTIONS THIS PER |
|---|---|---|---|---|---|---|---|---|
| THIS PER | 1323.12 | 185.18 | 81.58 | 19.08 | 71.18 | 41.79 | | 563.16 |
| YEAR TO DATE | 38586.58 | 5258.48 | 2379.21 | 556.43 | 2078.98 | 1220.96 | | NET PAY |
| | | | | | | | 07/10/10 | 759.96 |

| DESCRIPTION | UNITS/HOUR | AMT EARNED | UNITS/HOURS | AMT EARNED | DESCRIPTION | | |
|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | 40:00 | 1277.24 | | | |
| SVC/LONG/ED | | | 0:00 | 45.88 | VAC LV HH:MM | 120:00 | |

DON'T LITTER. KEEP NYC CLEAN & BEAUTIFUL

| DESCRIPTION | AMOUNT THIS PERIOD | | | DESCRIPTION | AMOUNT THIS PERIOD |
|---|---|---|---|---|---|
| SAN 20 414HS | 70.79 | | | SAN 20YR HLT | 7.28 |
| HIP/HMO EMPE | | | | HIP/BC EMPE | |
| NYC PN LNS | 64.42 | 260 | 235 | AFLAC 831 | 6.36 |
| CMC DEDS-1 | 1.00 | | | UNF SANITA-U | 14.50 |

---

## The City of New York — EMPLOYEE DIRECT DEPOSIT PAY STATEMENT — Payroll Management System

| ITEM # | PAY PERIOD | PAY DATE | | PAYROLL | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| X | 07/18/10 07/24/10 | 07/30/10 | | 827 | 1800 Z | 54372429 | G162 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|
| 534151 | 021000021 | I A 02 A 02 | 0348861 | 9 | CHIOLO    RICHARD   G |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | DEDUCTIONS THIS PER |
|---|---|---|---|---|---|---|---|---|
| THIS PER | 1356.20 | 192.96 | 83.62 | 19.55 | 73.44 | 43.11 | | 578.98 |
| YEAR TO DATE | 39942.78 | 5451.44 | 2462.83 | 575.98 | 2152.42 | 1264.07 | | NET PAY |
| | | | | | | | 07/17/10 | 777.22 |

| DESCRIPTION | UNITS/HOUR | AMT EARNED | UNITS/HOURS | AMT EARNED | DESCRIPTION | | |
|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | 40:00 | 1277.24 | | | |
| SVC/LONG/ED | | | 0:00 | 45.88 | VAC LV HH:MM | 120:00 | |
| OT PR WK SAT | 2:00 | 33.08 | | | | | |

DON'T LITTER. KEEP NYC CLEAN & BEAUTIFUL

| DESCRIPTION | AMOUNT THIS PERIOD | | | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| SAN 20 414HS | 72.56 | | | SAN 20YR HLT | 7.46 |
| HIP/HMO EMPE | | | | HIP/BC EMPE | |
| NYC PN LNS | 64.42 | 260 | 234 | AFLAC 831 | 6.36 |
| CMC DEDS-1 | 1.00 | | | UNF SANITA-U | 14.50 |